

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/29/2015 10:16:43 AM
PAM ESTES
Clerk

# NACOGDOCHES COUNTY
### District Clerk
### Loretta Cammack

September 29, 2015


Honorable Cathy S. Lusk, Clerk
Twelfth Court of Appeals
1517 W. Front St., Ste 354
Tyler, Texas   75702


In Re:  Case Number: F1420822 Eric Griffin Moore

Dear Ms. Lusk,

Enclosed please find the Mandate in the above numbered and styled case.

Thank you for your time and courtesies.

Yours Very Truly,


Loretta Cammack
District Clerk
Nacogdoches County, Texas


*Laurie Phillips*
By: Laurie Phillips  Deputy District Clerk

# THE STATE OF TEXAS
# MANDATE

FILED
NACOGDOCHES COUNTY
TEXAS

15 SEP 28 AM 11: 18

DISTRICT CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## TO THE 145TH DISTRICT COURT OF NACOGDOCHES COUNTY, GREETING:

Before our Court of Appeals for the 12th Court of Appeals District of Texas, on the 31st day of July, 2015, the cause upon appeal to revise or reverse your judgment between

### ERIC GRIFFIN MOORE, Appellant

### NO. 12-14-00369-CR; Trial Court No. F1420822

By *per curiam* opinion.

### THE STATE OF TEXAS, Appellee

was determined; and therein our said Court made its order in these words:

"THIS CAUSE came to be heard on the appellate record and brief filed herein, and the same being considered, it is the opinion of this court that there was no error in the judgment.

It is therefore ORDERED, ADJUDGED and DECREED that the judgment of the court below **be in all things affirmed**, and that this decision be certified to the court below for observance."

**WHEREAS, WE COMMAND YOU** to observe the order of our said Court of Appeals for the Twelfth Court of Appeals District of Texas in this behalf, and in all things have it duly recognized, obeyed, and executed.

**WITNESS, THE HONORABLE JAMES T. WORTHEN**, Chief Justice of our Court of Appeals for the Twelfth Court of Appeals District, with the Seal thereof affixed, at the City of Tyler, this the 25th day of September, 2015.

PAM ESTES, CLERK

By: _Katrina McClenny_
Chief Deputy Clerk



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

FILED
NACOGDOCHES COUNTY

15 SEP 28 AM 11: 18

DISTRICT CLERK

September 25, 2015

Ms. Loretta Cammack
District Clerk
101 West Main Street
Room 120
Nacogdoches, TX 75961
\* DELIVERED VIA E-MAIL \*

**RE:**  Case Number:  12-14-00369-CR
     Trial Court Case Number:  F1420822

**Style:**  Eric Griffin Moore
     v.
     The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
     Katrina McClenny, Chief Deputy Clerk

C Eric Griffin Moore
C Mr. Dean Watts (DELIVERED VIA E-MAIL)
: Ms. Nicole D. Lostracco (DELIVERED VIA E-MAIL)

Mandate executed on _29th_ day of _September_, 2015.

Brief explanation of action taken: _Eric Moore remains incarcerated._

_Laurie Phillips_          _Deputy_ District/County Clerk

**1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193**
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us